FILED:  September 19, 2014

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

———————————

No. 13-2278
(7:12-cv-00580-MFU-RSB)

———————————

J. NEIL DEMASTERS

       Plaintiff - Appellant

v.

CARILION CLINIC; CARILION MEDICAL CENTER; CARILION
BEHAVIORAL HEALTH, INC

       Defendants - Appellees

------------------------------

NATIONAL EMPLOYMENT LAWYERS ASSOCIATION; EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION

       Amici Supporting Appellant

———————————

O R D E R

———————————

For reasons appearing to the court, oral argument in this case is continued,

and the case is removed from the court's October 29, 2014, argument schedule.  The

court will notify the parties when the case is re-scheduled for argument.

For the Court

/s/ Patricia S. Connor, Clerk